UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:08-CR-00070(01)RM |
| | ) | |
| VICKEY WARNER | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 19, 2008 [Doc. No. 31]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Vickey Warner's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 1703.

SO ORDERED.

ENTERED:   September 10, 2008

　　　　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court

cc: Michael J. Tuszynski
　　William P. Stanley
　　Jesse M. Barrett - AUSA